1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

### WESTERN DIVISION

11 | JONATHAN PATRICK ALTER,            )        No.  EDCV 09-2059-VAP (AGR)

12 |                     Plaintiff,      )

13 |      v.                             )        ORDER ADOPTING MAGISTRATE
                                                 JUDGE'S REPORT AND
14 | CITY OF NIAGARA FALLS, et al.,      )        RECOMMENDATION

15 |                     Defendant(s).   )

16 | ─────────────────────────────────

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*,

18  including the Magistrate Judge's Report and Recommendation.  The Court agrees

19  with the recommendation of the Magistrate Judge.

20        IT IS ORDERED that Judgment be entered granting Defendant's motion to

21  dismiss and dismissing the First Amended Complaint without prejudice.

22

23  DATED:  March 24, 2010

                                                 VIRGINIA A. PHILLIPS
24                                               UNITED STATES DISTRICT JUDGE

25
26
27
28