# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JONATHAN PATRICK ALTER,<br>　　　　Plaintiff,<br>　v.<br>CITY OF NIAGARA FALLS, et al.,<br>　　　　Defendant(s). | No.  EDCV 09-2059-VAP (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that Defendant's motion to dismiss is granted and the First Amended Complaint is dismissed without prejudice.

DATED: March 24, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE